JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Bradely Rava et al v. Los Angeles County Harbor UCLA Medical Center et al, | Case No. 2:20-cv-01933-RGK-Ex<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
|---|---|

On December 4, 2020, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [7]. Appellant's response to the Order to Show Cause was due by December 14, 2020. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: December 28, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE